**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
COURTESY SHIPPING S.A.,

                *Plaintiff*,

    - against -

VIN BULK CARRIERS LIMITED and JASSPER
INTERNATIONAL PTE LTD.,

                *Defendants*.
------------------------------------------------------------X

Civil Action: 1:24-cv-8106-FB-LKE

IN ADMIRALTY

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, COURTESY SHIPPING S.A., pursuant to Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, provides its notice of voluntary dismissal without prejudice and

without costs as to any party in this action.

Dated:  New York, New York
        July 16, 2025

                        **BROWN GAVALAS & FROMM LLP**
                        *Attorneys for Plaintiff*
                        COURTESY SHIPPING S.A.

          By:       s/ Michael P. Naughton
                        Peter Skoufalos (PS-0105)
                        Email: pskoufalos@browngavalas.com
                        Michael P. Naughton (MN-6870)
                        Email: mpn@browngavalas.com
                        60 East 42nd Street
                        Suite 4600
                        New York, NY 10165
                        (212) 983-8500